**No. 10-5573. Bradley Charles Price, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.**

562 U.S. 929, 131 S. Ct. 320, 178 L. Ed. 2d 209, 2010 U.S. LEXIS 7455.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5576. Ralph Dewayne McNeil, Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 321, 178 L. Ed. 2d 209, 2010 U.S. LEXIS 7374.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 375 Fed. Appx. 991.

**No. 10-5577. Jose Mauricio Varela, Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 321, 178 L. Ed. 2d 209, 2010 U.S. LEXIS 7334.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 586 F.3d 1249.

**No. 10-5578. Pedro Velasquez, Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 321, 178 L. Ed. 2d 209, 2010 U.S. LEXIS 7249.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 378 Fed. Appx. 632.

**No. 10-5579. Leobardo Villarreal, Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 321, 178 L. Ed. 2d 209, 2010 U.S. LEXIS 7177.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 467.

**No. 10-5580. Gary Lee White, Petitioner v. United States.**

562 U.S. 929, 131 S. Ct. 321, 178 L. Ed. 2d 209, 2010 U.S. LEXIS 7386.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 590 F.3d 1210.

**No. 10-5581. Shone E. Wilkes, Petitioner v. United States.**

562 U.S. 930, 131 S. Ct. 394, 178 L. Ed. 2d 209, 2010 U.S. LEXIS 7590.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 295.

**No. 10-5582. Shone E. Wilkes, Petitioner v. United States.**

562 U.S. 930, 131 S. Ct. 394, 178 L. Ed. 2d 209, 2010 U.S. LEXIS 7290.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.